# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 15, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162370(21)

DANIEL W RUDD,
      Plaintiff-Appellant,

v

CITY OF NORTON SHORES,
      Defendant-Appellee.

_____/

SC: 162370
COA: 354840
Muskegon CC: 17-004334-CZ

On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing its answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before February 2, 2021.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 15, 2021



Clerk